THE PEOPLE OF THE STATE OF ILLINOIS, Respondent-Appellee, *v.* ROCCO PADAVONIA, Petitioner-Appellant.

(No. 58026;

First District (3rd Division)—August 16, 1973.

PER CURIAM.
DEMPSEY, J., took no part.

James J. Doherty, Public Defender, of Chicago, for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis, Assistant State's Attorney, of counsel,) for the People.

JAMES L. JACOBSEN, d/b/a ECONOMY GENERAL HOME IMPROVEMENT CO., Plaintiff-Appellant, *v.* FRANCES S. CONLON *et al.*, Defendants-Appellees.

(No. 58370;

First District (3rd Division)—August 16, 1973.